UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:09-cv-01907-Orl-28KRS

DONALD ARTHUR COMEAU,
as personal representative of the
ESTATE OF MURIEL EDNA DILUZIO COMEAU, deceased,

    Plaintiff,
vs.

VOLUSIA COUNTY, and
PRISON HEALTH SERVICES, INC.,

    Defendants.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO REMAND CASE TO STATE COURT AND MEMORANDUM OF LAW**

COMES NOW, the Plaintiff, DONALD ARTHUR COMEAU, by and through his undersigned counsel, and moves pursuant to 28 U.S.C. § 1447(c) and 28 U.S.C. § 1367(c) to remand this case to state court. The grounds for this motion are: (1) Plaintiff has dropped his claims arising under 42 U.S.C. § 1983; (2) Plaintiff's remaining claims all arise under state law; and (3) complete diversity is lacking as both Plaintiff and Defendant Volusia County, Florida are residents of Florida.

Pursuant to Local Rule 3.01, Plaintiff's counsel has contacted defense counsel, and the defense does not oppose this motion.

WHEREFORE, Plaintiff, DONALD ARTHUR COMEAU, respectfully requests that the Court remand this case to state court because only state law claims remain, and remand is appropriate.

## MEMORANDUM OF LAW

Plaintiff originally filed this case in state court. Defendant Prison Health Services removed this case to federal court on the ground that the federal court had original jurisdiction because Plaintiff had alleged claims arising under 42 U.S.C. § 1983. At the time of removal, this Court had jurisdiction pursuant to 28 U.S.C. 1331 and 28 U.S.C. § 1443 because Plaintiff's claims under 42 U.S.C. § 1983 arose under the Constitution and laws of the United States and sounded in civil rights. This Court never had diversity jurisdiction pursuant to 28 U.S.C. § 1332 as the parties were never completely diverse. Plaintiff has now dropped his claims arising under 42 U.S.C. § 1983.

Since the only counts under which this court had original jurisdiction have been dismissed, this case must be remanded unless the Court decides to exercise supplemental jurisdiction under 28 U.S.C. § 1367(c)(3). Generally, if all federal claims are dismissed before trial, the remaining state claims should be remanded. *United Mine Workers v. Gibbs*, 383 U.S. 715, 726 (1966). In deciding whether to exercise supplemental jurisdiction, a court may consider judicial economy, convenience, fairness and comity. *Bagett v. First Nat'l Bank*, 117 F.3d 1342, 1353 (11th Cir. 1997).

Considering the factors set forth in *Bagett*, remand would be appropriate in this case. This motion is unopposed, so it is reasonable for the court to assume that the parties believe that remand is convenient and fair. In terms of judicial economy, trial in this case is not scheduled until April 2011, no motions for summary judgment have been filed, and the parties are still in the early stages of discovery. Finally, there are no significant issues of comity that would support this court exercising supplemental jurisdiction.

**CERTIFICATE OF SERVICE**

      I certify that on August 30, 2010, I electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Greg A. Toomey, Esq., Henderson Franklin Starnes & Holt, P.A., P.O. Box 280, Ft. Meyers, FL 33902; S. Renee Stephens Lundy, Esq. and William E. Lawton, Esq, Dean, Ringers, Morgan & Lawton, P.A., P.O. Box 2928 Orlando, FL 32802-2928.

                                              RUE & ZIFFRA, P.A.

                                              s/Edward S. Rue
                                              Thomas Caldwell, Esquire
                                              Florida Bar No.:  996513
                                              Edward S. Rue, Esquire
                                              Florida Bar No.:  23232
                                              Attorneys for Plaintiff
                                              Rue & Ziffra, P.A.
                                              632 Dunlawton Avenue
                                              Port Orange, FL  32127
                                              Tel: (386) 788-7700
                                              Fax: (386) 788-8707
                                              edr@rueziffra.com
                                              tponder@reuziffra.com